# CITATION – PERSONAL SERVICE
# THE STATE OF TEXAS
# NO. 10-1280-C277

CHRISTIAN RANDOLPH
VS
MARTIN J. CIRCKIEL, AND
CIRKIEL & ASSOCIATES

DELIVERED: 6/19/2010
TIME: 1:15 AM / PM
BY: RH

TO:     MARTIN J. CIRKIEL

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 12th day of November, 2010, in the 277th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 12th day of November, 2010.

ADDRESS OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF:
Donald T. Cheatham
P O Box 500169
Austin TX 78750-0169

LISA DAVID, DISTRICT CLERK
Williamson County, Texas
P. O. Box 24, 405 M.L.K. Street
Georgetown, Texas 78627-0024

BY: _____
        Angela Garcia, Deputy

---

## OFFICER'S RETURN

Came to hand on the ____ day of _____, 20__, at ____ o'clock __M. EXECUTED at _____, within the County of _____, at ____ o'clock __M. on the ____ day of _____, 20___, by delivering to the within named _____, in person a true copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

* NOT EXECUTED, the diligence used to execute being _____;
for the following reason _____
the defendant may be found _____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY
_____ COUNTY, TEXAS
_____ SHER/CONST
BY: _____ DEPUTY
FEE FOR SERVICE OF CITATION   $_____
*Strike if not applicable

EXHIBIT
2



RETURN ORIGINAL TO WILLIAMSON COUNTY DISTRICT CLERK