CAUSE NO. 10-1280-C277

| | | |
|---|---|---|
| CHRISTIAN RANDOLPH, | § § § | IN THE DISTRICT COURT FOR |
| Plaintiff, | § § | |
| V. | § § | WILLIAMSON COUNTY, TEXAS |
| MARTIN J. CIRKIEL, AND CIRKIEL & ASSOCIATES, | § § § § | 277TH JUDICIAL DISTRICT |
| Defendants. | § | |

## DEFENDANTS' ORIGINAL ANSWER AND GENERAL DENIAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants Martin J. Cirkiel and Cirkiel & Associates, and file this their Original Answer and General Denial to Plaintiff's Original Petition. Defendants would respectfully show the Court as follows:

### I.

### GENERAL DENIAL

Defendants Martin J. Cirkiel and Cirkiel & Associates deny each and every, all and singular, the material allegations contained in Plaintiff's Original Petition as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and respectfully request that Plaintiff be required to prove the charges and allegations made against said Defendants by a preponderance of the evidence as is required by the Constitution and Laws of the State of Texas.

### II.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants Martin J. Cirkiel and Cirkiel & Associates pray that Plaintiff recover nothing of and from Defendants and that Defendants

EXHIBIT 3

1573686v1
05193-255

1

FILED at ____ o'clock ____ M
DEC - 9 2010
Lisa David
District Clerk, Williamson Co., TX.

receive all costs of Court and such other and further relief, both at law and in equity, to which Defendants may show themselves to be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
Jeff D. Otto
State Bar No. 15345500
Michael B. Johnson
State Bar No. 24029639

701 Brazos, Suite 1500
Austin, Texas 78701
Telephone: (512) 708-8200
Telecopy: (512) 708-8777
E-Mail: jotto@thompsoncoe.com
E-Mail: mjohnson@thompsoncoe.com

ATTORNEYS FOR DEFENDANTS
MARTIN J. CIRKIEL AND CIRKIEL &
ASSOCIATES

### CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing has been delivered on this the 7th day of December, 2010, to the following counsel of record via e-filing, facsimile, and certified mail, return receipt requested:

Donald T. Cheatham
604 A West 9th Street
P. O. Box 500169
Austin, TX 78750-0169
Fax: 512/494-1213

1573686v1
05193-255