No. 10-1280C277

| | | |
|---|---|---|
| Christian Randolph, | § | In The 227th Texas |
| Plaintiff | § | |
| v. | § | Judicial District |
| Martin J. Cirkiel, and | § | For |
| Cirkiel & Associates, | § | |
| Defendants | § | Williamson County |

## Plaintiff's Motion for Entry of Discovery Control and Scheduling Orders

To the Honorable Texas District Judge Ken Anderson:

NOW COMES Plaintiff before this honorable Court, through and by his counsel of record, Donald T. Cheatham, respectfully moving pursuant to applicable provisions of the Texas Rules of Civil Procedure for suitable and appropriate discovery control and scheduling Orders.

Respectfully submitted,

Donald T. Cheatham
Texas State Bar 24029925
5100 Westheimer Road,
Suite 200
Houston, Texas 78756
(713) 588-4355 Telephone
(832) 422-3371 Telcopier
email: cheathamlaw@aol.com
Plaintiff's Counsel

### Certificate of Service

1

**EXHIBIT 6**

I the undersigned Plaintiff's counsel do hereby certify that I served a true and correct copy of the foregoing Motion upon the Defendants' counsel of record consistent with applicable provisions of the Texas Rules of Civil Procedure this 19 April ~~2011~~.

                                          Donald T. Cheatham