277TH JUDICIAL DISTRICT COURT
# CASE SUMMARY
### CASE NO. 10-1280-C277

| | | |
|---|---|---|
| **Christian Randolph** § | Location: | 277th Judicial District Court |
| vs § | Judicial Officer: | Anderson, Ken |
| **Martin J. Circkiel, and** § | Filed on: | 11/12/2010 |
| **Cirkiel & Associates** § | | |

---

## CASE INFORMATION

Case Type: **Damage - Other Malpractice**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number        10-1280-C277 |
| | Court              277th Judicial District Court |
| | Date Assigned      11/12/2010 |
| | Judicial Officer   Anderson, Ken |

---

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | **CIRKIEL & ASSOCIATES** | Johnson, Michael B<br>*Retained*<br>512-708-8200(W) |
| | Cirkiel, Martin J. | Johnson, Michael B<br>*Retained*<br>512-708-8200(W) |
| Plaintiff | Randolph, Christian | Cheatham, Donald T.<br>*Retained*<br>713-588-4355(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 11/12/2010 | Original Petition (OCA)<br>*filed and signed by D. Cheatham, attorney for Plaintiff* | |
| 11/12/2010 | Citation<br>Cirkiel, Martin J.<br>Served: 11/19/2010<br>*Held with attorney name* | |
| 11/12/2010 | Case Information Sheet<br>*Provided by D. Cheatham, attorney for Plaintiff* | |
| 12/09/2010 | Original Answer<br>*filed and signed by Michael B. Johnson, Atty for Defendants* | |
| 12/17/2010 | Special Exceptions<br>*to Plaintiff's Original Petition, filed and signed by Michael B. Johnson, Atty for Defendants* | |
| 04/12/2011 | **Hearing on Special Exceptions** (9:00 AM) (Judicial Officer: Anderson, Ken)<br>*20 min. hearing* | |
| 04/21/2011 | Amended Petition<br>*filed and signed by Donald T. Cheatham, Atty for Plaintiff* | |



EXHIBIT 7

277TH JUDICIAL DISTRICT COURT
# CASE SUMMARY
### CASE NO. 10-1280-C277

| 04/21/2011 | Motion |  |
|---|---|---|
|  | *For Entry Of Discovery control and Scheduling Orders, filed and signed by Donald T. Cheatham, Atty for Plaintiff* |  |
| **DATE** | **FINANCIAL INFORMATION** |  |

| | |
|---|---:|
| **Plaintiff** Randolph, Christian | |
| Total Charges | 243.00 |
| Total Payments and Credits | 243.00 |
| **Balance Due as of 5/17/2011** | **0.00** |

STATE OF TEXAS
COUNTY OF WILLIAMSON
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF THE ORIGINAL IN MY CUSTODY
GIVEN UNDER MY HAND AND SEAL OF OFFICE
DATE _May 17th_ A.D. 20_11_

LISA DAVID
DISTRICT CLERK OF WILLIAMSON COUNTY
BY _Saleman_ DEPUTY