IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   The District Court of Williamson County, Texas, 277th Judicial District

   Cause No. 10-1280-C277

   Christian Randolph v. Martin J. Cirkiel and Cirkiel and Associates.

2. Was jury demand made in State Court?  Yes [X]   No [ ]

   If yes, by which party and on what date?

   Plaintiff Christian Randolph                                 November 12, 2010
   Party Name                                                   Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Plaintiff: Christian Randolph                    Defendants: Martin J. Cirkiel and Cirkiel and Associates.

   Plaintiff's Counsel:   Donald T. Cheatham              Defendants' Counsel:   Jeff D. Otto
                          5100 Westheimer Rd, Suite 200                          Michael B. Johnson
                          Houston, TX 77056                                      Thompson Coe Cousins & Irons, LLP
                          Phone: 713-588-4355                                    701 Brazos, Suite 1500
                          Fax: 832-422-3371                                      Austin, TX 78701
                                                                                 Phone (512) 708-8200
                                                                                 Fax: (512) 708-8777

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None

**VERIFICATION:**

_/s/ Michael B_____
Attorney for Removing Party

May 17, 2011
Date

Martin J. Cirkiel and Cirkiel and Associates.
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)