IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**CHRISTIAN RANDOLPH**

-vs-                                                   Case No.: A-11-CA-406-SS

**MARTIN J. CIRKIEL and CIRKIEL AND ASSOCIATES**

### NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: Defendants Martin J. Cirkiel and Cirkiel and Associates

through counsel: Michael B. Johnson of Thompson Coe Cousins & Irons, L.L.P.

hereby (select one):

☐ consents to having a United States Magistrate Judge preside over the trial in this case.

☒ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

By: *[signature]*
Attorney for:
Defendants Martin J. Cirkiel and Cirkiel and Associates