IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTIAN RANDOLPH, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. A-11-CA-406-SS |
| | § | |
| MARTIN J. CIRKIEL and CIRKIEL AND ASSOCIATES, | § | |
| | § | |
| Defendants | § | |

## ORDER

On this day came for consideration *Martin J. Cirkiel and Cirkiel and Associates' Unopposed Motion for Leave to File First Amended Answer* filed in the above-captioned matter. The Court is of the opinion that said Motion should be, and the same is, hereby GRANTED as permitted by the scheduling order. SS

IT IS THEREFORE ORDERED that Martin J. Cirkiel and Cirkiel and Associates shall have leave to file their First Amended Answer to Plaintiff's Amended Petition in this matter.

SIGNED AND ENTERED this __31st__ day of __October__, 2011.

_____
HONORABLE SAM SPARKS, U.S.D.J.