IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTIAN RANDOLPH, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. A-11-CA-406-SS |
| | § | |
| MARTIN J. CIRKIEL and CIRKIEL AND ASSOCIATES, | § | |
| | § | |
| Defendants | § | |

**APPENDIX TO DEFENDANTS MARTIN J. CIRKIEL AND CIRKIEL & ASSOCIATES' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT**

All summary judgment proof contained in this Appendix is incorporated by reference into Defendants Martin J. Cirkiel and Cirkiel & Associates' Motion for Summary Judgment and Brief in Support, filed pursuant to Federal Rule of Civil Procedure 56.

## TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Excerpts from the Deposition of Christian Randolph |
| B | Affidavit of Elizabeth Gregowicz |
| C | Affidavit of Jennifer Hall |
| D | Affidavit of Mary Esther Diaz |
| E | Certified October 12, 2000 Order in Cause No. A-00-CA-653-SS (Doc. # 2) |
| F | Certified Order of Dismissal in Cause No. A-00-CA-653-SS (Doc # 6) |
| G | Certified December 19, 2002 Order in Cause No. A-02-CA-574-SS (Doc # 17) |
| H | Certified April 15, 2003 Order in Cause No. A-02-CA-574-SS (Doc # 37) |

| EXHIBIT | DESCRIPTION |
|---|---|
| I | Certified Notice of Appeal in Cause No. A-02-CA-574-SS (Doc # 39) |
| J | Certified Notice of Appearance in Cause No. A-02-CA-574-SS (Doc # 49) |
| K | Certified Plaintiff's First Amended Complaint in Cause No. A-02-CA-574-SS (Doc # 52) |
| L | Certified Motion for Summary Judgment in Cause No. A-02-CA-574-SS (Doc # 70) |
| M | Certified Response to TRC's Motion for Summary Judgment in Cause No. A-02-CA-574-SS (Doc # 73) |
| N | Certified October 27, 2008 Order in Cause No. A-02-CA-574-SS (Doc # 77) |
| O | Affidavit of Martin Cirkiel |
| p | Certified "Notice of Appeal" in Cause No. A-02-CA-574-SS (Doc # 79) |
| Q | Certified March 17, 2009 Order in Cause No. A-02-CA-574-SS (Doc # 90) |
| R | Certified May 26, 2009 Order in Cause No. A-02-CA-574-SS (Doc # 94) |
| S | Certified October 14, 2009 Order in Cause No. A-02-CA-574-SS (Doc # 100) |

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ Michael B. Johnson
Jeff D. Otto
State Bar No. 15345500
Michael B. Johnson
State Bar No. 24029639
701 Brazos, Suite 1500
Austin, Texas 78701
Telephone: (512) 708-8200
Telecopy: (512) 708-8777

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      The undersigned certifies that on February 15, 2012, the above and foregoing document was transmitted electronically to the clerk of the Court using the ECF System for filing and was served upon all counsel of record listed below, via ECF, electronic mail and certified mail, return receipt requested.

Donald T. Cheatham  
5100 Westheimer Road, Suite 200  
Houston, TX 77056  
**COUNSEL OF RECORD FOR PLAINTIFF**

                              /s/     Michael B. Johnson