IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTIAN RANDOLPH, | § § § | |
| Plaintiff | § § | |
| v. | § § | No. A-11-CA-406-SS |
| MARTIN J. CIRKIEL and CIRKIEL AND ASSOCIATES, | § § § § | |
| Defendants | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE SAM SPARKS, U.S.D.J.:

IT IS HEREBY STIPULATED by and between Plaintiff Christian Randolph ("Plaintiff") and Defendants Martin J. Cirkiel and Cirkiel and Associates (herein collectively "Defendants") that all causes of action Plaintiff has pending against Defendants be and are hereby dismissed, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1).

Respectfully submitted,

LAW OFFICE OF DONALD T. CHEATHAM

By: _____
Donald T. Cheatham
State Bar No. 24029925
5100 Westheimer Road, Suite 200
Houston, TX 77056
Telephone: (713) 588-4355
Telecopy: (713) 588-4356

**ATTORNEY FOR PLAINTIFF**

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
Jeff D. Otto
State Bar No. 15345500
Michael B. Johnson
State Bar No. 24029639
701 Brazos, Suite 1500
Austin, Texas 78701
Telephone: (512) 708-8200
Telecopy: (512) 708-8777

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    The undersigned certifies that on February 16, 2012, the above and foregoing document was transmitted electronically to the clerk of the Court using the ECF System for filing and was served upon all counsel of record listed below, via ECF, electronic mail and certified mail, return receipt requested.

Donald T. Cheatham
5100 Westheimer Road, Suite 200
Houston, TX 77056
COUNSEL OF RECORD FOR PLAINTIFF

                                                /s/ Michael B. Johnson