IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTIAN RANDOLPH, | § | |
| Plaintiff | § | |
| v. | § | No. A-11-CA-406-SS |
| MARTIN J. CIRKIEL and CIRKIEL AND ASSOCIATES, | § | |
| Defendants | § | |

### ORDER

On this day came for consideration the *Unopposed Motion for Leave to Exceed Page Limitation* filed by Defendants Martin Cirkiel and Cirkiel and Associates in the above-captioned matter. The Court is of the opinion that the *Unopposed Motion for Leave to Exceed Page Limitation* should be, and the same is, hereby granted.

IT IS THEREFORE ORDERED that Defendants Martin Cirkiel and Cirkiel and Associates shall have leave to exceed the 10-page limit under Local Rule for their *Motion for Summary Judgment and Brief in Support*.

SIGNED AND ENTERED this 15th day of Feb., 2012.

_____
HONORABLE SAM SPARKS, U.S.D.J.